**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Icon Construction, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **7  5 – 2  8  7  7  0  3  8** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1575 Heritage Drive, Suite 100**<br>Number    Street | **P.O. Box 59**<br>Number    Street |
| | P.O. Box |
| **McKinney**      **TX**    **75069**<br>City         State    ZIP Code | **McKinney**      **TX**    **75070**<br>City         State    ZIP Code |
| **Collin**<br>County | Location of principal assets, if different from principal place of business |
| | **2917 Big Lots Parkway**<br>Number    Street |
| | **Durant**         **OK**    **74701**<br>City            State  ZIP Code |

5. **Debtor's website (URL)**    **www.icon-construction.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __**Icon Construction, Inc.**_____   Case number (if known) _____

**7.   Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __3__  __6__  __1__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.   *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____   When _____   Case number _____
                                                    MM / DD / YYYY
                 District _____   When _____   Case number _____
                                                    MM / DD / YYYY
                 District _____   When _____   Case number _____
                                                    MM / DD / YYYY

Debtor  **Icon Construction, Inc.**                                        Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
Number       Street

_____

_____    _____    _____
City                          State         ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

██████  **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Icon Construction, Inc.**                                             Case number (if known) _____

| | | |
|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/01/2019**
MM / DD / YYYY

X **/s/ Mansour Khayal**                          **Mansour Khayal**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joyce Lindauer**                          Date **02/01/2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**12720 Hillcrest Road, Suite 625**
Number          Street

**Dallas**                          **TX**       **75230**
City                               State     ZIP Code

**(972) 503-4033**                          **joyce@joycelindauer.com**
Contact phone                               Email address

**21555700**                               **TX**
Bar number                                  State

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Icon Construction, Inc.**

Case No. _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. **$35,000.00**

Prior to the filing of this statement I have received...................................................... **$16,717.00**

Balance Due............................................................................................................... **$18,283.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __02/01/2019__ | **/s/ Joyce Lindauer** | |
| *Date* | *Joyce Lindauer* | Bar No.  21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road, Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

---

  **/s/ Mansour Khayal**

*Mansour Khayal*
*President*

**Fill in this information to identify the case:**

Debtor name  **Icon Construction, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BOKF, NA c/o Michael P. Menton SettlePou 3333 Lee Parkway, 8th Floor Dallas, TX 75219 | | Business Debt | | $2,800,000.00 | $572,295.00 | $2,227,705.00 |
| 2 | Tex-Oma Builders Supply Company 2701 Commerce Street Wichita Falls, TX 76301 | | Business Debt | | | | $254,875.84 |
| 3 | North American Specialty Ins. Co. Attn: Marcelo Virgili, Vice President 1450 American Lane, Suite 1100 | | Business Debt | | | | $217,651.55 |
| 4 | American Express PO Box 650448 Dallas, TX 75265-0448 | | Business Debt | | | | $124,548.57 |
| 5 | Automatic Sprinkler of Texas 1147 S. Cedar Ridge Drive Duncanville, TX 75137 | | Business Debt | | | | $112,650.50 |

Debtor    **Icon Construction, Inc.**                                    Case number (if known) _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   RoadMasters Transport Company, LLC PO Box 1488 Athens, TX 75751 | | Business Debt | | | | $97,195.58 |
| 7   J & D Metal PO Box 496 Colbert, OK 74733 | | Business Debt | | | | $95,784.72 |
| 8   Alarm FX, Inc. 1225 Clarion Drive Corpus Christi, TX 78412 | | Business Debt | | | | $84,561.87 |
| 9   Universal Forest Products Inc. c/o Pamela Ashcraft Tucker, Albin & Associates, Inc. 1702 N. Collins Blvd., | | Business Debt | | | | $73,196.66 |
| 10  My Modular, LLC PO Box 2105 Rockwall, TX 75087 | | Business Debt | | | | $64,947.00 |
| 11  UFP Hillsboro, LLC 444 Sansom Blvd. Saginaw, TX 76179-4621 | | Business Debt | | | | $61,657.00 |
| 12  Dixie Communications, Systems, Inc. 3330 Commerce Drive Augusta, GA 30909 | | Business Debt | | | | $61,187.50 |
| 13  Ray Albright Steel Products Inc. PO Box 82373 Oklahoma City, OK 73148 | | Business Debt | | | | $59,416.84 |

Debtor    **Icon Construction, Inc.** _____     Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Impact Architects Attn: Michael Riley 154 N. Lake Drive Hillsboro, MO 63050 | | Business Debt | | | | $57,500.00 |
| 15 | Upside Innovations, LLC 5470 Spellmire Drive Cincinnati, OH 45246 | | Business Debt | | | | $53,244.84 |
| 16 | Louisiana Dept. of Revenue PO Box 91011 Baton Rouge, LA 70821-9011 | | Taxes | | | | $46,234.23 |
| 17 | Turner Mechanical, Inc. 12384 Atomic Road Beech Island, SC 29841 | | Business Debt | | | | $45,493.35 |
| 18 | BlueLinx Corporation PO Box 677597 Dallas, TX 75267-7597 | | Business Debt | | | | $45,296.86 |
| 19 | The Sack Company H A Sack Co., Inc. 3302 Zell Miller Parkway Statesboro, GA 30459 | | Business Debt | | | | $44,357.34 |
| 20 | Insight Investments LLC 611 Anton Blvd., Suite 700 Costa Mesa, CA 92626-7050 | | Business Debt | | | | $32,462.45 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Icon Construction, Inc.**                                      CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/1/2019 _____          Signature  _/s/ Mansour Khayal_____
                                                                                  **Mansour Khayal**
                                                                                  **President**

Date _____          Signature _____

4LP LLC
29089 Krentel Road
Lacombe, LA 70445


4T Concrete Pumping
23787 US Highway 377
Whitesboro, TX 76273


ABC Supply
PO Box 840899
Dallas, TX 75284-0899


AFISCO
3501 Avenue E East
Arlington, TX 76011


Airgas Mid South, Inc.
PO Box 1152
Tulsa, OK 74101


Airgas USA LLC
PO Box 676015
Dallas, TX 75267


Alarm FX, Inc.
1225 Clarion Drive
Corpus Christi, TX 78412


Allied Fire Protection-SA, LP
PO Box 47864
San Antonio, TX 78265


Amcraft
5144 Enterprise Blvd.
Toledo, OH 43612

American Arbitration
13727 Noel Road
Dallas, TX 75240


American Express
PO Box 650448
Dallas, TX 75265-0448


Anthony M. Grover
Pia Anderson Moss Hoyt
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111


Aston Carter, Inc.
c/o Allegis Group Holdings, Inc.
7301 Parkway Drive
Hanover, MD 21076


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Automatic Sprinkler of Texas
1147 S. Cedar Ridge Drive
Duncanville, TX 75137


Bailey & Bailey, P.C.
Attn: Christopher G. Burwell
230 Pereida Street
San Antonio, TX 78210


Baker Distributing
PO Box 848459
Dallas, TX 75284-8459


Batch Creative LLC
2124 E. 6th Street, Suite 103
Austin, TX 78702

Beacon of Light Christian Center
c/o stephanie Do
Siddiqui & Do, PLLC
3224 Timmons Lane, Suite 107
Houston, TX 77027

Bemac Supply
PO Box 70
McAlester, OK 74502


Blackburn Environmental
4912 SE 3rd
Durant, OK 74701


BlueLinx Corporation
PO Box 677597
Dallas, TX 75267-7597


BOKF, NA
c/o Michael P. Menton
SettlePou
3333 Lee Parkway, 8th Floor
Dallas, TX 75219

Broken Arrow Electric Supply
PO Box 22105
Tulsa, OK 74121-2105


Bryan's Flooring
601 W. I-240 Service Road
Oklahoma City, OK 73139


Builder's Surplus
2610 W. Miller
Garland, TX 75041


Bullpen Marketing LLC
PO Box 2384
Addison, TX 75001

Casteel's Tire
PO Box 473
Calera, OK 74730


Cathey & Associates LLC
PO Box 3367
McAlester, OK 74502


Cedar Creek Lumber
PO Box 843704
Dallas, TX 75284-3704


Charles R. Billings P.C.
14841 Dallas Parkway, Suite 440
Dallas, TX 75254


Cherokee Building Materials of OKC, Inc.
100 North East 31st Street
Oklahoma City, OK 73105


Cintas
PO Box 88005
Chicago, IL 60680


Citi Business Card
PO Box 9001037
Louisville, KY 40290-1037


City of Tioga
PO Box 218
Tioga, ND 58852


Collin County Tax Assessor/Collector
c/o Gay McCall Issacks et al
777 East 15th Street
Plano, TX  75074

Colorit Graphic Services
330 Industrial Blvd, Suite 100
McKinney, TX 75069


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


Culligan of Enid
Central Oklahoma Water Services Inc.
PO Box 1309
Enid, OK 73702-1309


D & E Supply, LLC
4401 S. 93rd E. Avenue
Tulsa, OK 74145


Dave's Tool Service & Supply, LLC
1307 State Road 70E
Calera, OK 74730


Dealers Electrical Supply
15 West Elm Street
Durant, OK 74701


Dixie Communications, Systems, Inc.
3330 Commerce Drive
Augusta, GA 30909


Dobson Technologies
PO Box 268860
Oklahoma City, OK 73126

Doortek Access Control Systems LLC
PO Box 12769
Lake Charles, LA 70612-2769


Douglass Distributing
PO Box 654116
Dallas, TX 75265-4116


Durant True Value Lumber
115 S. 3rd
Durant, OK 74701


Dynamite Dumpster Management Group
51582 Highway 443
Loranger, LA 70446


Edward J. Tarver
Enoch Tarver, P.C.
3540 Wheeler Road, Suite 312
Augusta, GA 30909


EGR Group LLC
1575 Heritage Drive, Suite 100
McKinney, TX 75069


Electric Construction Company
3413 N. Potsdam Avenue
Sioux Falls, SD 57104


Ellingson Plumbing Heating A/C
2510 Broadway Street South
Alexandria, MN 56308


Elliott Electric
PO Box 630610
Nacogdoches, TX 75963-0610

Equipment Depot
PO Box 209004
Dallas, TX 75320-9004


Evans Pingleton & Howard, PLLC
8950 Gary Burns, Suite D
Frisco, TX 75034


Fastenal Industrial & Const. Supply
PO Box 1286
Winona, MN 55987-1286


Federal Express
PO Box 660481
Dallas, TX 75266-0481


FedEx Express
Dept. CH
PO Box 10306
Palatine, IL 60055-0306


Financial Pacific Leasing
PO Box 749642
Los Angeles, CA 90074


Ford Credit
PO Box 650575
Dallas, TX 75265-0575


Forest Products Supply Company
PO Box 440930
St. Louis, MO 63144


Freightquote.com
PO Box 9121
Minneapolis, MN 55480-9121

George Harry Ashmen III
3682 Johns Road
Appling, GA 30802-2714


Gillette Air Conditioning Co., Inc.
1215 San Francisco
San Antonio, TX 78201-4688


Glast, Phillips & Murray, P.C.
Attn: Richard E. Young
14801 Quorum Drive, Suite 500
Dallas, TX 75254

Graybar
PO Box 403062
Atlanta, GA 30384-3062


Graybar Electric Co.
34 N. Meramec Avenue
St. Louis, MO 63105


Guardian
PO Box 677458
Dallas, TX 75267


Hahn Systems LLC
8416 Zionsville Road
Indianapolis, IN 46268


Herc Rentals
5222 N. Bryant Avenue
Oklahoma City, OK 73121


High Sierra Toilet Co., Inc.
7 Moss Rock
New Braunfels, TX 78130

IDI Distributors, Inc.
PO Box 8889
Carol Stream, IL 60197-8889


Impact Architects
Attn: Michael Riley
154 N. Lake Drive
Hillsboro, MO 63050


Insight Investments LLC
611 Anton Blvd., Suite 700
Costa Mesa, CA 92626-7050


Insulating Products, Inc.
3101 Technology Drive, Suite 190
Plano, TX 75074


Integrity Business Solutions LLC
5755 Paulanna Lane SE
Salem, OR 97317


Intercept Lightning Protection
Attn: Trevor Michael Morr
6004 16th
Noble, OK 73068


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


J & D Metal
PO Box 496
Colbert, OK 74733

J & S Mobile Home Service, Inc.
304 Buck Road
Maxton, NC 28364


J G Mobile Home Service
13752 North County Road 3295
Pauls Valley, OK 73075


Joseph H. Huff
Kilpatrick Townsend & Stockton, LLP
1450 Greene Street
Enterprise Mall, Suite 230
Augusta, GA 30901

Kendall L. Bryant
The Gorthey Law Firm, PLLC
604 West 12th Street
Austin, TX 78701

Kenneth L. Maun, Tax Assessor Collector
Collin County
PO Box 8046
McKinney, TX 75070-8046


KJ Works
5088 Blanco Road
San Antonio, TX 78216


Koda Builders
PO Box 876
Los Lunas, NM 87031


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Lone Star Overnight
PO Box 149225
Austin, TX 78714

Louisiana Dept. of Revenue
PO Box 91011
Baton Rouge, LA 70821-9011


Lowe Heat & A/C, LLC
620 Blue Hill Road
Bokchito, OK 74726


Lowe's
PO Box 530954
Atlanta, GA 30353-0954


M. Michael Egan, Jr.
Owen Gleaton Egan Jones & Sweeney
1180 Peachtree St., NE, Suite 3000
Atlanta, GA 30309


Materials Testing, Inc.
55 Laura Street
New Haven, CT 06512


Matheson Tri Gas
Dept. 3028
PO Box 123028
Dallas, TX 75312


McDonald & Simmons, P.C.
8330 Meadow Road, Suite 210
Dallas, TX 75231


McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211


Medical Center Pharmacy
1026 Radio Road
Durant, OK 74701

Meyer Engineering & Planning
2623 Briarcove Drive
Plano, TX 75074


Miami-Dade Expressway Authority
Credit Protection Association
PO Box 865005
Orlando, FL 32886-0001


Micah Knight, P.C.
123 N. 7th Avenue
Durant, OK 74701


Mid States Wholesale Lumber
2701 S.W. 15th
Oklahoma City, OK 73108


Midwest Land Surveying, Inc.
211 E. 14th Street, Suite 100
Sioux Falls, SD 57104


Missouri Department of Revenue
PO Box 3365
Jefferson City, MO 65105-3365


Morsco Supply, LLC
PO Box 70
Fort Worth, TX 76101


My Modular, LLC
PO Box 2105
Rockwall, TX 75087


Nangia Engineering of Texas, Ltd.
7423 Hollow Ridge Drive
Houston, TX 77095

North American Specialty Ins. Co.
Attn: Marcelo Virgili, Vice President
1450 American Lane, Suite 1100
Schaumburg, IL 60173


Northwest Concrete Cutting & Crane Serv
1001 E. 52nd Street North
Sioux Falls, SD 57104


NovaCopy, Inc.
PO Box 372, Dept 200
Memphis, TN 38101


O'Brien Flooring
589 Johnny F Smith Avenue
Slidell, LA 70460


O'Neal Steel - Dallas
PO Box 934243
Atlanta, GA 31193


Oklahoma Tax Commission
PO Box 26930
Oklahoma City, OK 73126-0930


Oklahoma Tax Commission
Attn: Binti Tillman
PO Box 26790
Oklahoma City, OK 73126


Om P. Nangia P.E.
12762 Wynfield Pines Court
St. Louis, MO 63131


Pape-Dawson Engineers Inc.
2000 NW Loop 410
San Antonio, TX 78213

Personnel Concepts Compliance Service
Compliance Service Department
PO Box 3353
San Dimas, CA 91773

Prengler Products Corp.
Box 2305
Sherman, TX 75091

Professional Flooring Supply
PO Box 7558
Fort Worth, TX 76111

R&G Mobile Home Supply, Inc.
2406 West Euless Blvd.
Euless, TX 76040

Ray Albright Steel Products Inc.
PO Box 82373
Oklahoma City, OK 73148

Raymond's Auto Supply
PO Box 237
Durant, OK 74701

RBP Construction
PO Box 679
Buffalo Junction, VA 24529

RCS Enterprises LP
400 N. Allen Drive, Suite 205
Allen, TX 75013

Reed Fire Protection Engineering
14135 Midway Road, Suite G-260
Addison, TX 75001

Rise Broadband
PO Box 844580
Boston, MA 02284


RoadMasters Transport Company, LLC
PO Box 1488
Athens, TX 75751


Rustin Concrete
PO Box 449
Durant, OK 74702


Scott R. Hoyt
Pia Anderson Moss Hoyt
904 Meadow Lane
Southlake, TX 76092

Sea Coast Disposal Inc.
6401 S. Eastern Avenue
Oklahoma City, OK 73149


Shannon Specialty Floor, Inc.
1005 S. 60th Street
Milwaukee, WI 53214


Sherwin-Williams - Durant, OK
2102 W. Main Street
Durant, OK 74701


Shipman Communications
1815 W. Morton Street
Denison, TX 75020


Simply Safe Compliance Service
398 N. 49th
Durant, OK 74701

Simpson Strong Tie
PO Box 45687
San Francisco, CA 94145-0687


Southeastern Freight Lines
PO Box 100104
Columbia, SC 29202-3104


Southern Disposal services, LLC
PO Box 8246
Dothan, Al 36304


Southwest Georgia
75 Industrial Drive
PO Box 960
Ellaville, GA 31806


Spectrum
PO Box 60074
City of Industry, CA 75069-3386


State Comptroller
PO Box 149348
Austin, TX 78714-9348


Sys-Tek
2801 NW State Route 7
Blue Springs, MO 64014


T.R. Arnold & Associates, Inc.
4703 Chester Drive
Elkhart, IN 46516


Tex-Oma Builders Supply Company
2701 Commerce Street
Wichita Falls, TX 76301

Texas Cool Heating and Air Conditioning
5818 Jerome Road
San Antonio, TX 78227


Texas Dept. of Licensing & Regulation
PO Box 12157
Austin, TX 78711


Texas Specialty Fasters
1310 Century Way
Wylie, TX 75098


Texas Workforce Commission
PO Box 149037
Austin, TX 78714


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Texoma Janitorial Supply, Inc.
PO Box 721
Durant, OK 74702


The Sack Company
H A Sack Co., Inc.
3302 Zell Miller Parkway
Statesboro, GA 30459


Thornton Flooring
27106 Independence Avenue
Sioux Fallas, SD 57108


TM Electric & Datacom L.L.C.
1579 Highway 1146
DeRidder, LA 70634

ToolPro, Inc.
1460-B Lockhard Drive
Kennesaw, GA 30144


TopCo Inc.
3301 N. MacArthur Blvd.
Bethany, OK 73122


Total Plastics Int'l
PO Box 645490
Pittsburgh, PA 15264-5252


Trane
PO Box 845053
Dallas, TX 75284


Tumut LLC
Floral Image Dallas
705 N. Bowser Road, Suite 116
Richardson, TX 75081


Turner Mechanical, Inc.
12384 Atomic Road
Beech Island, SC 29841


TxTag
PO Box 650749
Dallas, TX 75265-0749


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231

UCB Iinc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614


UFP Hillsboro, LLC
444 Sansom Blvd.
Saginaw, TX 76179-4621


Union Corrugating Company
PO Box 842219
Boston, MA 02284-2219


United Excel Corporation
8041 W. 47th Street, Suite 100
Overland Park, KS 66203-5390


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


United Rentals (North America), Inc.
PO Box 840514
Dallas, TX 75284-0514


United Rentals Corporation
PO Box 840514
Dallas, TX 75284-0514


Universal Forest Products Inc.
c/o Pamela Ashcraft
Tucker, Albin & Associates, Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080

University Park Express Lube
1116 Radio Road
Durant, OK 74701

Upside Innovations, LLC
5470 Spellmire Drive
Cincinnati, OH 45246


Urgent Care Clinic of Atoka, PC
1592 S. Virginia Avenue
Atoko, CA 74525-3246


Virginia Dept. of Taxation
PO Box 1500
Richmond, VA 23218-1500


VISA Cardmember Services
PO Box 7904508
St. Louis, MO 63179-0408


Walker Iindustrial
117 Mount Pleasant Road
PO Box 499
Newtown, CT 06470


Wesco Distribution, Inc.
PO Box 676780
ABA 043000096
Dallas, TX 75267-6780


Yancy Rental Store
4165 Mike Padgett Highway
Augusta, GA 30906-9780